**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Covington Division**

Civ. Case No.

LIGHTHOUSE TRANSPORTATION
SERVICES, LLC.,

Plaintiff,

vs.

US MELON, LLC., SHEEHYUNG SUNG,
and KEN KODISH,

Defendants.
_____________________________________/

**NOTICE OF REMOVAL OF ACTION**

NOTICE IS GIVEN that Defendants US MELON, LLC., SHEEHYUNG SUNG, and KEN KODISH remove to this Court the state court action described below:

1. On October 6, 2020, an action was commenced in the Circuit Civil Court of the Commonwealth of Kentucky in and for the County of Kenton entitled LIGHTHOUSE TRANSPORTATION SERVICES, LLC. vs. US MELON, LLC., SHEEHYUNG SUNG, and KEN KODISH, as case number 20-C1-1381 attached hereto as Exhibit "A" and incorporated herein by reference (bank account numbers, and certain financial information have been redacted).

2. The first date upon which Defendants received a copy of the complaint was October 9, 2020, when Defendants were served with a copy of the complaint and summons from the said state court. A copy of the summons is attached hereto as Exhibit "B" and incorporated hereby by reference.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 in that LIGHTHOUSE TRANSPORTATION SERVICES, LLC., has plead a cause of action for "Violation of SEC Rule 10B-5" against Defendants, and under 28 U.S.C. §1332 in that matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States, and as such is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(a).

By: s/Craig Alan Stokes

Craig Alan Stokes, Esq. (KB#93581)
cstokes@stokeslawoffice.com
Stokes Law Office LLP
3330 Oakwell Ct Ste 225
San Antonio, TX 78218-3066
Tel: (210) 804-0011
*Attorney for Defendants US MELON, LLC., SHEEHYUNG SUNG, and KEN KODISH*