**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20225-CIV-SMITH**

LIGHTHOUSE TRANSPORTATION
SERVICES, LLC, *et al.*,

Plaintiffs,

v.

U.S. MELON, LLC, *et al.*,

Defendants.

_______________________________________/

**ORDER CONSOLODATING CASES**

This matter is before the Court *sua sponte*. This case was transferred to the Southern District of Florida from the Eastern District of Kentucky, and thereafter was transferred to the undersigned's docket. Upon consideration, it appears that judicial economy will be best served by consolidating this case with *U.S. Melon, LLC v. Lighthouse Transportation Services, LLC, et al.*, No. 20-61925-CIV-SMITH (S.D. Fla.) for all purposes. Accordingly, it is

**ORDERED** that:

1. The Clerk of the Court is directed to **CONSOLODATE** the above-captioned matter with the case *U.S. Melon, LLC v. Lighthouse Transportation Services, LLC, et al.*, No. 20-61925-CIV-SMITH (S.D. Fla.). All subsequent filings shall be in that numbered case only and bear Case No. 20-61925-CIV-SMITH.

2. This case is administratively **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 30th day of June, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record